

**BEVERLY CRUMLEY** HAYS COUNTY DISTRICT CLERK
Government Center, 712 S. Stagecoach Trail, Rm. 2211, San Marcos, Texas 78666
512/393-7660

FILED

*March 20, 2015*

Third Court of Appeals
Jeffrey D. Kyle
Clerk

To:    Jeffrey D. Kyle
Clerk, Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547
via e-mail

Re:    Appellate Court #03-12-00718-CR
TC Cause # CR-11-0983
Style: State of Texas vs. Courtney Trapp

Dear Sir/Madam:

In accordance with Rule 51.2(a)(1) TRAP, I hereby acknowledge receipt of the mandate in the above entitled and numbered cause and have filed same on February 27, 2015.

Beverly Crumley
District Clerk, Hays County

By: _____
Kathy Orlowski, Deputy



# BEVERLY CRUMLEY HAYS COUNTY DISTRICT CLERK

Government Center, 712 S. Stagecoach Trail, Rm. 2211, San Marcos, Texas 78666
512/393-7660

To: Jeffrey D. Kyle
Clerk, Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547
via e-mail

Re: Appellate Court #03-12-00717-CR
TC Cause # CR-11-0974
Style: State of Texas vs. Courtney Trapp

Dear Sir/Madam:

In accordance with Rule 51.2(a)(1) TRAP, I hereby acknowledge receipt of the mandate in the above entitled and numbered cause and have filed same on February 27, 2015.

Beverly Crumley
District Clerk, Hays County

By: _____
Kathy Orlowski, Deputy



# BEVERLY CRUMLEY  HAYS COUNTY DISTRICT CLERK

Government Center, 712 S. Stagecoach Trail, Rm. 2211, San Marcos, Texas 78666

512/393-7660

To:   Jeffrey D. Kyle
Clerk, Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547
via e-mail

Re:   Appellate Court #03-12-00716-CR
TC Cause # CR-05-0796
Style:  State of Texas vs. Courtney Trapp

Dear Sir/Madam:

In accordance with Rule 51.2(a)(1) TRAP, I hereby acknowledge receipt of the mandate in the above entitled and numbered cause and have filed same on February 27, 2015.

Beverly Crumley
District Clerk, Hays County

By: _____

Kathy Orlowski, Deputy